**EXHIBIT 1**

# Payroll Summary

EmpNbr: 030896600    Name: HILL,VINCENT M    Period Ending: 10/21/2016

**Roster Records:**

| Date | Area | Schd | Shift | Duration | Total | Pay Ind. |
|---|---|---|---|---|---|---|
| 10/08/16 | AM382 | 0600 | 1 | 12.0 | 12.00 | Y |
| 10/09/16 | AM382 | 0600 | 1 | 12.0 | 12.00 | Y |
| 10/09/16 | AM382 | ATR2 | 1 | 0.0 | 4.00 | Y |
| 10/10/16 | AM382 | 0600 | 1 | 12.0 | 12.00 | Y |
| 10/10/16 | AM382 | ATR2 | 1 | 0.0 | 4.00 | Y |
| 10/11/16 | AM382 | OF | 1 | 0.0 | 0.00 | Y |
| 10/12/16 | AM382 | OF | 1 | 0.0 | 0.00 | Y |
| 10/13/16 | AM382 | OF | 1 | 0.0 | 0.00 | Y |
| 10/14/16 | AM382 | OF | 1 | 0.0 | 0.00 | Y |
| 10/15/16 | AM382 | 0900 | 1 | 12.0 | 9.00 | Y |
| 10/16/16 | AM382 | 0600 | 1 | 12.0 | 12.00 | Y |
| 10/16/16 | AM382 | ATR2 | 1 | 0.0 | 2.00 | Y |
| 10/17/16 | AM382 | 1200 | 1 | 12.0 | 6.00 | Y |
| 10/18/16 | AM382 | OF | 1 | 0.0 | 0.00 | Y |
| 10/19/16 | AM382 | OF | 1 | 0.0 | 0.00 | Y |
| 10/20/16 | AM382 | OF | 1 | 0.0 | 0.00 | Y |
| 10/21/16 | AM382 | VA | 1 | 12.0 | 0.00 | Y |

**Pay Check Details:**

| Date | Exception | Exception Total |
|---|---|---|
| 10/08/16 | ST | 12.00 |
| 10/09/16 | OT | 4.00 |
| 10/09/16 | ST | 12.00 |
| 10/10/16 | OT | 4.00 |
| 10/10/16 | ST | 12.00 |
| 10/15/16 | ST | 9.00 |
| 10/15/16 | VA | 3.00 |
| 10/16/16 | OT | 2.00 |
| 10/16/16 | ST | 12.00 |
| 10/17/16 | ST | 6.00 |
| 10/17/16 | VA | 6.00 |
| 10/21/16 | ST | 12.00 |

[Close]

