AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| VINCENT MARK HILL <br><br> *Plaintiff(s)* <br> v. <br> DELTA AIRLINES, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-5589 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DELTA AIRLINES, INC.
c/o Corporation Service Company, Registered Agent
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon Hornsby, Esq.
Amelia Grubbs, Esq.
1180 W Peachtree St NW #2220
Atlanta, GA 30309
Tel: 404-577-1505
Fax: 404-577-1565

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 12/10/2018                    s/Stephanie Wilson-Bynum
                                    *Signature of Clerk or Deputy Clerk*